AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bolton, Susan R. | U.S. District Court, Arizona | 12/17/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

401 W. Washington St., SPC 50
Suite 522
Phoenix, AZ 85003

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Managing member | Organizational Diagnostics LLC (███████ company) |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | Arizona Elected Officials Retirement Plan (pension plan from prior employment as a state court judge) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bolton, Susan R.** | 12/17/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Arizona Elected Officials Retirement Plan | $58,820.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Organizational Diagnostics, L.L.C. - earnings |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sonoma National Bank, CA | Mortgage on one-half interest in office codominium (Pt. VII line 12) | J |
| 2. | Merrill Lynch Single Premium Life | Cash value loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock | C | Dividend | M | T | | | | | |
| 2. FIA Card Services | A | Interest | M | T | | | | | |
| 3. Bank of America | A | Interest | L | T | | | | | |
| 4. Merrill Lynch Single Premium Life-Insurance | | None | J | T | | | | | |
| 5. Philadelphia Life Insurance Company-Insurance (see part VIII) | | | | | Closed | | J | | |
| 6. U.S. Savings Bonds | | None | O | T | | | | | |
| 7. Virtus Balanced Fund | A | Dividend | K | T | | | | | |
| 8. ML Retirement Plus-Annuity | | None | M | T | | | | | |
| 9. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 10. Allianz Franklin-Annuity | | None | K | T | | | | | |
| 11. Office condo-1/2 Int-Phx,AZ ('94 60,000-'04 30,000) | D | Rent | M | R | | | | | |
| 12. Merrill Lynch Basic Retirement Plan-Profit Sharing (see part VIII) | | | | | | | | | |
| 13. Merrill Lynch Basic Retirement Plan-Money Purchase(see part VIII) | | | | | | | | | |
| 14. Merrill Lynch IRA (FGB) (see part VIII) | | | | | | | | | |
| 15. Fidelity Equity Dividend Income Fund | A | Dividend | K | T | | | | | |
| 16. Fidelity Magellan mutual fund | A | Dividend | K | T | | | | | |
| 17. Fidelity Value mutual fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Asset Manager mutual fund | A | Dividend | K | T | | | | | |
| 19. Fidelity Puritan mutual fund | A | Dividend | K | T | | | | | |
| 20. Janus Balanced mutual fund | A | Dividend | J | T | | | | | |
| 21. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 23. Vanguard Prime Cap Fund | A | Dividend | J | T | | | | | |
| 24. Vanguard Life Strategy Growth Fund | A | Dividend | J | T | | | | | |
| 25. Vanguard IRA | A | Dividend & I | J | T | | | | | |
| 26. --Total Stock Market Index Fund | | | | | | | | | |
| 27. --Growth Index Fund | | | | | | | | | |
| 28. Vanguard IRA | A | Dividend | J | T | | | | | |
| 29. --Total Stock Market Fund | | | | | | | | | |
| 30. Illinois DFA zero coupon Muni Bond | | None | L | T | | | | | |
| 31. Ten acres, Oroville, CA (1972, $5,000) | | None | J | R | | | | | |
| 32. Arizona Elected Officials Retirement Plan | F | pension | M | T | | | | | |
| 33. Arizona State Retirement System(see part VIII) | | None | N | T | | | | | |
| 34. Keyport Keyannuity | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keyport Keyannuity | | None | L | T | | | | | |
| 36. IRA #1 (formerly listed as Merrill Lynch IRA(SRB)) | D | Dividend & I | N | T | | | | | |
| 37. --JPMorgan Chase CD | | | | | Redeemed | 01/31/13 | K | | |
| 38. --BMO Harris Bank CD | | | | | Redeemed | 02/13/13 | J | | |
| 39. --Capital One CD | | | | | Redeemed | 03/27/13 | J | | |
| 40. --Sallie Mae Bank CD | | | | | Redeemed | 05/13/13 | J | | |
| 41. --Goldman Sachs Bank CD | | | | | | | | | |
| 42. --Discover Bank CD | | | | | | | | | |
| 43. --US Treasury Inflation Note | | | | | Redeemed | 04/15/13 | L | | |
| 44. --FIA Card Services NA | | | | | | | | | |
| 45. --Bank of America NA(X) | | | | | | | | | |
| 46. --US Treasury zero coupon bond | | | | | Redeemed | 11/15/13 | L | | |
| 47. --Huntington National Bank CD | | | | | Redeemed | 10/08/13 | L | | |
| 48. --Pepsico common stock | | | | | | | | | |
| 49. --Yum Brands common stock | | | | | | | | | |
| 50. --Oppenheimer Income Trust mutual fund | | | | | | | | | |
| 51. --JPMorgan Chase CD | | | | | Redeemed | 01/31/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Discover Bank CD | | | | | Redeemed | 04/15/13 | J | | |
| 53. --Key Bank CD | | | | | Redeemed | 04/15/13 | J | | |
| 54. --GE Cap Retail Bank CD | | | | | | | | | |
| 55. --Goldman Sachs Bank CD | | | | | | | | | |
| 56. --US Treasury Inflation Notes (1 remains, 1 redeemed | | | | | Redeemed (part) | 07/15/13 | K | | |
| 57. --American Express Cent. Bank CD | | | | | | | | | |
| 58. --Goldman Sachs Bank CD | | | | | | | | | |
| 59. --Sallie Mae Bank CD | | | | | | | | | |
| 60. --American Ex Centurian CD | | | | | | | | | |
| 61. --Motorola Solutions | | | | | | | | | |
| 62. --GE CAP Retail Bank CD | | | | | | | | | |
| 63. --GE CAP Retail Bank CD | | | | | | | | | |
| 64. --Discover Bank CD | | | | | | | | | |
| 65. --Vodafone common stock | | | | | | | | | |
| 66. --Blackrock Global Mutual Fund | | | | | | | | | |
| 67. --BMW Bank CD | | | | | | | | | |
| 68. --GE Capital Bank CD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --GE Capital Bank CD | | | | | | | | | |
| 70. --GE Capital Bank CD | | | | | | | | | |
| 71. --GE Capital Bank CD | | | | | | | | | |
| 72. --CIT Bank CD | | | | | Redeemed | 07/01/13 | K | | |
| 73. --BMW Bank CD | | | | | Redeemed | 04/24/13 | J | | |
| 74. --Sallie Mae Bank CD | | | | | Redeemed | 05/13/13 | J | | |
| 75. --CIT Bank CD | | | | | Redeemed | 03/04/13 | J | | |
| 76. --GE Capital Bank CD | | | | | Redeemed | 10/02/13 | J | | |
| 77. --GE Capital Bank CD | | | | | | | | | |
| 78. --Goldman Sachs Bank CD | | | | | | | | | |
| 79. --US Treasury Inflation Note | | | | | Redeemed | 04/15/13 | J | | |
| 80. --US Treasury zero coupon bond | | | | | Redeemed | 11/15/13 | L | | |
| 81. --Wal-Mart common stock | | | | | | | | | |
| 82. Mid-First Bank CD | A | Interest | | | Closed | 07/02/13 | K | | |
| 83. Mid-First Bank CD | A | Interest | | | Closed | 08/12/13 | L | | |
| 84. U.S. Savings Bonds | | None | K | T | | | | | |
| 85. U.S. Savings Bonds | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. US Savings Bonds | | None | K | T | | | | | |
| 87. Bank of America Dep Account Preferred | A | Interest | N | T | | | | | |
| 88. IRA #2 | A | Interest | M | T | Open | 09/13/13 | | | |
| 89. --Morgan Stanley Bank | | | | | | | | | |
| 90. Trust #1 (see part VIII) | B | Interest | P1 | T | | | | | |
| 91. --AVIVA Life & Annuity #1 | | | | | | | | | |
| 92. --AVIVA Life & Annuity #2 | | | | | | | | | |
| 93. --AVIVA Life & Annuity #3 | | | | | | | | | |
| 94. --Real Estate - Sunnyvale, CA | | | | | | | | | |
| 95. --Bank of America | | | | | | | | | |
| 96. --Capital One Bank | | | | | | | | | |
| 97. --Wells Fargo Bank | | | | | | | | | |
| 98. --Lincoln Financial Life Insurance | | | | | | | | | |
| 99. --Allianz Annuity | | | | | | | | | |
| 100. --California STRS | | | | | | | | | |
| 101. --Principal Financial Group Annuity | | | | | | | | | |
| 102. --Sun America Annuity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5:  The surrender of this life insurance policy (closed 7/25/06) was inadvertenly omitted.

Part VII, lines 12, 13 and 14:  The assets previously reported on these accounts are now held in the account on line 36.

Part VII, line 88:  Upon the death ▮▮▮▮▮▮ I became the trustee of this trust.

Part VII, line 33:  The Arizona State Retirement System is the pension system operated by the State of Arizona not a retirement account over which I have investment control.  I am unaware of the investments that are within this multi billion dollar retirement system.

| Name of Person Reporting | Date of Report |
|---|---|
| Bolton, Susan R. | 12/17/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan R. Bolton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544